**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CRISTIAN FLORES ROMERO, *et al.*,  )<br>  )<br>  Petitioners,  )<br>  )<br>  *v.*  )<br>  )<br> RUSSELL HOTT, Field Office Director for  )<br> the Washington Field Office, Enforcement  )<br> and Removal Operations, U.S. Immigration  )<br> and Customs Enforcement, *et al.*,  )<br>  )<br>  Respondents.[1]  )<br>  ) | No. 1:17-cv-754 (LMB/JFA) |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, all Respondents hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order and Judgment entered in this action on November 17, 2017, *see* Dkts. 42-43, and from all other orders, holdings, or rulings merged or incorporated into the Order or Judgment, *see* Dkts. 41, 49.

DATE: January 12, 2018

Respectfully submitted,

DANA J. BOENTE                                  CHAD A. READLER
United States Attorney                           Acting Assistant Attorney General
                                                 Civil Division
By:     /s/
R. TRENT MCCOTTER                                WILLIAM C. PEACHEY
Assistant United States Attorney                 Director
Office of the United States Attorney             Office of Immigration Litigation
2100 Jamieson Avenue
Alexandria, Virginia 22314                       GISELA A. WESTWATER

---

[1] Russell Hott replaced Yvonne Evans as the Washington Field Office Director and was automatically substituted as a party under FRCP 25(d).  Further, the parties jointly moved the District Court to amend its order to reflect that Petitioner Flores Romero was removed from the United States and his claims were moot before the District Court issued a decision.  *See* Dkt. 46.  Accordingly, the caption for the appeal in this case should be *Chavez v. Hott*. *See* Dkt. 5.

|  |  |
|---|---|
| Tel:   (703) 299-3845<br>Fax:  (703) 299-3983<br>Email: trent.mccotter@usdoj.gov | Assistant Director<br>Office of Immigration Litigation<br><br>By:   _____/s/_____<br>BRIAN C. WARD<br>CRAIG KUHN<br>GLADYS STEFFENS-GUZMAN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868 Ben Franklin Station<br>Washington, D.C. 20044<br>Tel:   (202) 616-9121<br>Fax:  (202) 305-7000<br>Email: brian.c.ward@usdoj.gov<br><br>*Counsel for Respondents* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Simon Sandoval-Moshenburg
Nicholas Cooper Marritz
Angela Ciolfi
Rachel McFarland
Legal Aid Justice Center (Falls Church)
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

Adam Hudes
Paul W. Hughes
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006

Ivan Yacub
Yacub Law Office
12761 Darby Brook Ct., Suite 102
Woodbridge, VA 22192

Mark Stevens
Murray Osorio PLLC
4085 Chain Bridge Road, Suite 201
Fairfax, Virginia 22030

Lisa Johnson-Firth
Immigrants First, PLLC
9117 Church Street
Manassas, VA 20110

*Counsel for Petitioners*

_____/s/_____
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3845
Fax:   (703) 299-3983
Email: trent.mccotter@usdoj.gov

*Counsel for Respondents*